IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:24-CR-00110-M

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>v.<br><br>JEFFREY STALL,<br><br>　　　Defendant. | ORDER |

This matter comes before the court on Defendant's unopposed Motion to Receive Defendant's Objections to Draft PSR as Timely. [DE 16]. Pursuant to Fed. R. Crim. P. 32(i)(1)(D) and for good cause shown, the motion is GRANTED. The court will give due consideration to Defendant's contemporaneously filed objections. *See* [DE 15].

SO ORDERED this 14th day of April, 2025.

　　　　　　　　　　　　　　　　　　Richard E. Myers II
　　　　　　　　　　　　　　　　　　RICHARD E. MYERS II
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE